JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALCOLM ANDERSON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND FUNDING LLC, and MIDLAND CREDIT MANAGEMENT, INC.<br><br>Defendants. | Case No.: 5:20-cv-00753-SHK<br><br>[~~PROPOSE~~D] JUDGMENT |

In the above-captioned matter, defendants, Midland Funding LLC and Midland Credit Management, Inc. ("Defendants") submitted a Rule 68 Offer to Malcolm Anderson ("Plaintiff"), which Plaintiff accepted. As such, a judgment is entered as follows:

1. Judgment for Plaintiff, and against Defendants in the sum of $7,000.00.
2. Plaintiff is awarded reasonable attorneys' fees and costs in the amount of $8,000.00.

| | |
|---|---|
| 1 | **IT IS ORDERED**. |
| 2 | |
| 3 | Dated: October 13,,2020 |

_____
HON. SHASHI H. KEWALRAMANI
UNITED STATES DISTRICT JUDGE